1
2
3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

4  PATRICK LAVIS PAGE, JR.,
5                   Plaintiff,                         CASE NO. C12-5862BHS
6  v.                                                  ORDER ADOPTING REPORT
                                                       AND RECOMMENDATION
7  STATE OF WASHINGTON, et al.,
8                   Defendants.

9

10    This matter comes before the Court on the Report and Recommendation ("R&R")

11 of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 13. The Court

12 having considered the R&R and the remaining record, and no objections having been

13 filed, does hereby find and order as follows:

14    (1)    The R&R is **ADOPTED**; and

15    (2)    Defendant's motion to dismiss is granted. Plaintiff has failed to exhaust his

16 administrative remedies. Pursuant to controlling Ninth Circuit authority the dismissal is

17 without prejudice. *Wyatt v. Terhune,* 315 F.3d 1108, 1119-20 (9th Cir. 2003).

18    Dated this 28th day of January, 2013.

19
20
21

_____
BENJAMIN H. SETTLE
United States District Judge

22

ORDER